IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MAE ROSE TURNER                                                                                    PLAINTIFF

V.                                              NO. 10-1003

MICHAEL ASTRUE,
Commissioner of Social Security Administration                                     DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On September 2, 2010, the Clerk of the Court entered an Order directing Plaintiff to show cause within 10 days why the action against the Defendant should not be dismissed without prejudice for failure to prosecute. (Doc. #5). On September 9, 2010, counsel for Plaintiff filed a letter addressed to the Clerk of the Court, advising that the matter may be dismissed without prejudice. (Doc. #6).

Based upon the foregoing, the Court hereby recommends that this matter be dismissed without prejudice.

**The parties have fourteen days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

ENTERED this 4th day of October, 2010.

*/s/ Erin L. Setser*
HONORABLE ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)