IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MAE ROSE TURNER                                                                                    PLAINTIFF

V.                                           CASE NO. 10-CV-1003

MICHAEL ASTRUE,
Commissioner of Social Security Administration                                    DEFENDANT

## **ORDER**

      Before the Court is the Report and Recommendation filed October 4, 2010, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. (Doc. 7). Judge Setser recommends that this case be dismissed without prejudice for failure to prosecute. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**, this 22nd day of October, 2010.

      /s/ Harry F. Barnes
      Hon. Harry F. Barnes
      United States District Judge